COMR. OF INSURANCE v. ATTORNEY GENERAL

No. 77 PC.

Case below: 18 N.C. App. 23.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 June 1973.

GADDY v. KEARN

No. 72 PC.

Case below: 17 N.C. App. 680.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 June 1973.

IN RE COX

No. 71 PC.

Case below: 17 N.C. App. 687.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 June 1973.

KING v. GRINDSTAFF

No. 66 PC.

Case below: 17 N.C. App. 613.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 1 June 1973.

LANGDON v. HURDLE

No. 60 PC.

Case below: 17 N.C. App. 530.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 June 1973.